# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DENNIS GREEN,<br><br>        Defendant. | Case No.: 2:18-cr-00095-APG-NJK<br><br>**Order Setting Hearing**<br><br>(Docket No. 69) |

Pending before the Court is Defendant's motion for new counsel. Docket No. 69. The Court hereby sets the motion for hearing on August 23, 2018, at 10:00 a.m. in courtroom 3C. Defendant and his counsel are required to be present in the courtroom at the hearing.

IT IS SO ORDERED.

DATED: August 20, 2018.

 

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1