# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-cr-00095-APG-NJK |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| DENNIS GREEN, | ) | |
| Defendant. | ) | |

On August 23, 2018, the Court granted defendant's Motion to Replace Counsel, as stated on the record. Docket no. 71.

Accordingly, **IT IS HEREBY ORDERED** that **Maysoun Fletcher, Esq.,** is appointed as counsel for Dennis Green in place of Shawn R. Perez for all future proceedings.

Mr. Perez's office shall forward the file to Ms. Fletcher forthwith.

DATED this 23rd day of August, 2018.

*Nunc Pro Tunc* date: August 23, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE