# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:18-cr-00095-APG-NJK |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | (Docket No. 77) |
| DENNIS GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

Pending before the Court is Defendant Dennis Green's motion for pre-plea presentence investigation. Docket No. 77. Defendant asks the Court to order the United States Probation Office to conduct a pre-plea presentence investigation and prepare a presentence investigation report so that he can determine what sentencing enhancements he might face in the instant case. *Id.* at 2.

The Court **GRANTS** Defendant's motion. Docket No. 77. The Court orders United States Probation to conduct a pre-plea presentence investigation and prepare a report.

IT IS SO ORDERED.

DATED: October 4, 2018.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE