Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone:  (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant, Dennis Green

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 2:18-cr-00095-APG-NJK** |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING** |
| DENNIS GREEN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Nicholas A. Trutanich, United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Maysoun Fletcher, Esq., counsel for Dennis Green that the sentencing hearing currently scheduled for February 21, 2019, at 10:30 a.m. be vacated and set to a date and time convenient to this Court but no sooner than ninety (90) days. The Stipulation is entered into for the following reasons:

1.  Additional time is needed by the defense to prepare for sentencing.

2.  Mr. Green is incarcerated and, after consultation with his counsel, does not object to the continuance.

3.  The additional time requested is not sought for purposes of delay, but to allow counsel for defendant sufficient time to prepare for sentencing.

4.  Denial of this request for continuance could result in a miscarriage of justice.

5. For all of the above-stated reasons, the ends of justice would be best served by a continuance of sentencing.

6. This is the first request for a continuance of sentencing.

DATED this 18th day of February, 2019.


NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Susan Cushman*
SUSAN CUSHMAN
Assistant United States Attorney


*/s/ Maysoun Fletcher, Esq.*
MAYSOUN FLETCHER, ESQ.
Counsel for Dennis Green

Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone:  (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant, Dennis Green

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 2:18-cr-000955-APG-NJK** |
| Plaintiff, | |
| v. | **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |
| DENNIS GREEN, | |
| Defendant. | |

**FINDINGS OF FACTS**

Based upon the pending stipulation of the parties, and good cause appearing therefore, the Court finds that:

1.  Additional time is needed by the defense to prepare for sentencing.

2.  Mr. Green is incarcerated and, after consultation with his counsel, does not object to the continuance.

3.  The additional time requested is not sought for purposes of delay, but to allow counsel for defendant sufficient time to prepare for sentencing.

4.  Denial of this request for continuance could result in a miscarriage of justice.

5.  For all of the above-stated reasons, the ends of justice would be best served by a continuance of sentencing.

6.  This is the first request for a continuance of sentencing.

## CONCLUSIONS OF LAW

1.    Denial of this request for continuance would likely result in a miscarriage of justice; and

2.    For all of the above-stated facts, the ends of justice would be best served by a continuance of the sentencing hearing.

## ORDER

**IT IS FURTHER ORDERED** that the sentencing hearing currently scheduled for February 21, 2019, at 10:30 a.m., be vacated and continued to __Monday, June 10, 2019__ at the hour of _9_:_30_ _a_.m. in Courtroom 6C.

DATED this __19th__ day of __February__, 2019.

_____

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE