RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Dennis Green

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DENNIS GREEN,<br><br>        Defendant. | Case No. 2:18-cr-00095-APG-NJK-4<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Dennis Green, that the Revocation Hearing currently scheduled on November 16, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

      This Stipulation is entered into for the following reasons:

    1.    Defense counsel needs additional time to consult with client about his options.

    2.    Defense counsel will be out of jurisdiction on November 16, 2022 for training.

    3.    The defendant is not in custody and agrees with the need for the continuance.

    4.    The parties agree to the continuance.

1  This is the first request for a continuance of the revocation hearing.

2  DATED this 8th day of November, 2022.

| RENE L. VALLADARES | JASON M. FRIERSON |
| Federal Public Defender | United States Attorney |

By */s/ Joy Chen*            By */s/ Edward G. Veronda*

JOY CHEN            EDWARD G. VERONDA
Assistant Federal Public Defender      Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DENNIS GREEN,<br><br>  Defendant. | Case No. 2:18-cr-00095-APG-NJK-4<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, November 16, 2022 at 1:30 p.m., be vacated and continued to January 18, 2023 at 9:30 a.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 9th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE